**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| KENT A. EASLEY, | ) |
| | ) |
| Petitioner, | ) |
| vs. | )    No. 1:11-cv-1276-JMS-DKL |
| | ) |
| MR. SMITH, Superintendent, | ) |
| | ) |
| Respondent. | ) |

**E N T R Y**

This action for habeas corpus relief was dismissed without prejudice on January 23, 2012. The petitioner's first post-judgment motion resulted in the filing of a new habeas action pursuant to the rule established in *Gonzalez v. Crosby,* 545 U.S. 524, 526 (2005), but was otherwise denied. A second post-judgment motion has been filed and considered.

The petitioner's motion to correct errors and for relief from order filed on June 28, 2012, has been considered. Given its timing and content, the motion must be treated as a motion for relief from judgment pursuant to Rule 60(b) of the *Federal Rules of Civil Procedure. See United States v. Deutsch,* 981 F.2d 299, 301 (7th Cir. 1992) ("substantive motions to alter or amend a judgment served more than ten days after the entry of judgment are to be evaluated under Rule 60(b).").[1]

The motion to correct errors and for relief from order filed on June 28, 2012, misstates the effect of the disposition in this case as one which will trigger the barrier of 28 U.S.C. § 2244(b)(2). Not so. Additionally, the petitioner's habeas claims are proceeding in No. 1:12-cv-775-WTL-MJD and in any event "after a dismissal without prejudice, the plaintiff can resurrect his lawsuit only by filing a new complaint." *U.S. v. Ligas,* 549 F.3d 497, 503 (7th Cir. 2008).

---

[1]The current version of Rule 59 of the *Federal Rules of Civil Procedure* permits a Rule 59(e) motion to be filed within 28 days after the entry of judgment. This change is of no consequence here, where the motion considered herein was filed more than 28 days after the entry of judgment.

The petitioner's motion to correct errors and for relief from order filed on June 28, 2012 [35], treated as a motion for relief from judgment, is therefore **denied**.

**IT IS SO ORDERED.**

**Date:** ____07/12/2012____

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**james.martin@atg.in.gov**

**Kent Easley**
**DOC # 103481**
**c/o Horizon House**
**1033 East Washington Street**
**Indianapolis, IN 46202**